**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 2, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00092-CV

---

## DESHON INVESTMENTS LLC, Appellant

## V.

## MICHAEL J. CORDUA AND LUCIA C. CORDUA, Appellees

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2018-51461**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed January 11, 2019 denying a motion to dismiss under chapter 27 of the Texas Civil Practice and Remedies Code. On April 23, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We grant the motion and dismiss the appeal.

PER CURIAM

Panel Consists of Justices Christopher, Hassan, and Poissant